IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL TATMON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOHN W. HAVILAND, Warden,<br><br>　　　　Respondent. | No. C 09-0094 WHA (PR)<br><br>**ORDER TO PAY FILING FEE; STAYING ORDER TO SHOW CAUSE** |

Petitioner, a California prisoner currently incarcerated at Solano State Prison, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254. On May 15, 2009, petitioner's application to proceed in forma pauperis was denied in light of his inmate account balance and income. On July 7, 2009, petitioner filed a corrected inmate account statement, which continues to demonstrate his ability to pay the $5.00 filing fee. <u>Within 30 days of the date this order is filed, petitioner shall pay the $5.00 filing fee or this matter will be dismissed without prejudice.</u>

The May 15, 2009 order to show cause is **STAYED** until payment of the filing fee, at which time the stay will be lifted and the clerk shall serve the petition upon respondent.

**IT IS SO ORDERED.**

Dated: ___September 30___, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

HC.09\TATMON0094.PAY.wpd