IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL TATMON, | No. C 09-0094 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN W. HAVILAND, Warden, | |
| Respondent. | |

Petitioner, a California prisoner currently incarcerated at Solano State Prison, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254. On May 15, 2009, petitioner's application to proceed in forma pauperis ("IFP") was denied in light of his inmate account balance and income. On July 7, 2009, petitioner filed a corrected inmate account statement, which continues to demonstrate his ability to pay the $5.00 filing fee. On September 30, 2009, petitioner was ordered to pay the filing fee within 30 days, and cautioned that his failure to do so would result in the dismissal of this matter without prejudice. Petitioner has not paid the filing fee. Accordingly, this matter is **DISMISSED** without prejudice to filing a new habeas action in which he either pays the filing fee or demonstrates his inability to do so.

**IT IS SO ORDERED.**

Dated: November __30__, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

HC.09\TATMON0094.DSM.wpd