UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MITHCELL TATMON,

        Plaintiff,

  v.

D.K. SISTO et al,

        Defendant.

                                                   /

Case Number: CV09-00094 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mitchell Tatmon  
V-68955  
Solano State Prison  
PO Box 4000  
Vacaville, CA 95696

Attorney General's Office  
455 Golden Gate Ave  
San Francisco, CA 9412

Dated: January 22, 2010

                                       Richard W. Wieking, Clerk  
                                       By: D. Toland, Deputy Clerk